**Order entered August 4, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00684-CV

### IN RE ASHLEY LAMBERT CROEL, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51433-2010**

## ORDER

Before the Court are relator's Supplemental Writ of Mandamus filed on July 25, 2014 and First Amended Supplemental Petition for Writ of Mandamus filed on August 1, 2014 both of which seek to supplement relator's petition for writ of mandamus, which was denied by the Court on June 25, 2014. Because there is presently no live petition for writ of mandamus on file before the Court that these pleadings could supplement, the Court treats relator's pleadings as motions for rehearing, which we **DENY.**

/s/  MICHAEL J. O'NEILL
     JUSTICE